IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| **JEFFREY WERTZ, PATRICK HUGHEY,** <br><br> Plaintiffs, <br><br> v. <br><br> **JEFFREY FEWELL, CHRIS CAIN, DAVID CODDINGTON,** <br><br> Defendants. | Case No. 2:23-CV-01045-CCW <br><br> **MOTION FOR MISCELLANOUS RELIEF IN PERSON APPEARANCE** |

# **MOTION**

NOW COMES Plaintiff, and respectfully request that the Court permit the undersigned to appear in-person for the Rule 16 Conference on October 15, 2025. That same day, the undersigned is scheduled for an in-person Final Pretrial Conference at 10:00 a.m. with Judge Ranjan for Case No. 2:21-CV-841.

Respectfully submitted on 9/18/25

                                            **THE TRIAL LAW FIRM, LLC**

**By:**    s/Mart Harris
           Mart Harris, Esquire
           Pa. Id. No. 319504
           445 Fort Pitt Boulevard, Suite 220
           Pittsburgh PA 15219
           412.588.0030 (p)
           412.265.6505 (f)
           MH@TLawF.com
           *Trial Lawyer for Jeffrey Wertz*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| **JEFFREY WERTZ, PATRICK HUGHEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**JEFFREY FEWELL, CHRIS CAIN, DAVID CODDINGTON,**<br><br>Defendants. | Case No. 2:23-CV-01045-CCW<br><br>**PROPOSED ORDER FOR MOTION FOR MISCELLANOUS RELIEF IN PERSON APPEARANCE** |

## **PROPOSED ORDER**

AND NOW, this day of _____, 2025, it is hereby DECREED that the Motion is GRANTED. Attorney Harris may appear in person for the conference.

By the Court,

_____, J.