## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| **JEFFREY WERTZ,** on behalf of himself as well as Proposed Class Sub-Set Alpha; **PATRICK HUGHEY**, on behalf of himself as well as Proposed Class Sub-Set Bravo, <br><br> Plaintiffs <br><br> **vs.** <br><br> **JEFFREY FEWELL** in his individual capacity; **CHRIS CAIN** in his individual capacity; **DAVID CODDINGTON** in his individual capacity, **DOE DEFENDANTS**, unknown individuals in the employment and/or agency of Washington County, Pennsylvania**,** <br><br> Defendants. | Case No. 2:23-cv-01045-CCW <br><br><br> Judge Wiegand |

## JOINT STATUS REPORT

AND NOW, comes Plaintiffs, Jeffrey Wertz and Patrick Hughey, by and through his attorney, Marty Harris, Esquire, and Defendants, Jeffrey Fewell, Chris Cain and David Coddington, by and through its attorney, Sarah E. Cobbs, Esquire, and file the following Joint Status Report as follows as required by the Court's Deficiency Order dated March 3, 2026:

1.      The parties have reached a settlement agreement in this matter and are finalizing the terms of the agreement.  The Plaintiff has the release for review and the parties respectfully request an additional 45 days to resolve this matter.

Date: 4/17/2026

Respectfully Submitted,

THOMAS, THOMAS & HAFER LLP

By:  /s/ *Sarah E. Cobbs*
      Sarah E. Cobbs, Esq. (PA ID No. 318194)
      scobbs@tthlaw.com
      U.S. Steel Tower
      600 Grant Street, Suite 2600
      Pittsburgh, PA 15219
      (412) 697-7403 - Phone
      ***Counsel for Defendants***

Joined by:

THE TRIAL LAW FIRM, LLC

By:  /s/ *Marty Harris*
      Marty Harris, Esq. (PA ID No. 318194)
      mh@tlawf.com
      Fort Pitt Commons
      445 Forth Pitt Boulevard, Suite 220
      Pittsburgh, PA 15219
      (412) 255-0030 – Phone
      ***Counsel for Plaintiffs***