IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| **JEFFREY WERTZ,** on behalf of himself as well as Proposed Class Sub-Set Alpha; **PATRICK HUGHEY**, on behalf of himself as well as Proposed Class Sub-Set Bravo, <br><br> **vs.** <br><br><br> **JEFFREY FEWELL** in his individual capacity; **CHRIS CAIN** in his individual capacity; **DAVID CODDINGTON** in his individual capacity, **DOE DEFENDANTS**, unknown individuals in the employment and/or agency of Washington County, Pennsylvania, <br><br> Defendants. | Case No. 2:23-cv-01045-CCW <br><br><br> Judge Wiegand <br><br><br> **STATUS REPORT** |

## STATUS REPORT

NOW COMES the Plaintiffs and submits the within Report. The attorneys have exchanged numerous versions of language for the Settlement in this matter. Counsel for Defendants stated that she is required to have a different attorney, "outside counsel," must review and approve all language changes, which has added a considerable amount of time between each round of edits. As of this Status Report, the undersigned has not received word, presumably because counsel for the defense has not received word, regarding the Plaintiff's May 12, 2026 suggested language. This report is submitted in lieu of a Joint report because defense counsel appears to be in trial or otherwise unable to meet and confer regarding todays report.

Respectfully submitted on 6-1-26

**THE TRIAL LAW FIRM, LLC**

**By:**    _s/Mart Harris_____
Mart Harris, Esquire
Pa. Id. No. 319504
445 Fort Pitt Boulevard, Suite 220
Pittsburgh PA 15219
412.588.0030 (p)
412.265.6505 (f)
MH@TLawF.com