IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| **JEFFREY WERTZ,** on behalf of himself as well as Proposed Class Sub-Set Alpha; **PATRICK HUGHEY**, on behalf of himself as well as Proposed Class Sub-Set Bravo,<br><br>Plaintiffs<br>**vs.**<br><br>**JEFFREY FEWELL** in his individual capacity; **CHRIS CAIN** in his individual capacity; **DAVID CODDINGTON** in his individual capacity, **DOE DEFENDANTS**, unknown individuals in the employment and/or agency of Washington County, Pennsylvania**,**<br><br>Defendants. | Case No. 2:23-cv-01045-CCW<br><br>Judge Wiegand |

**<u>JOINT STATUS REPORT</u>**

AND NOW, comes Plaintiffs, Jeffrey Wertz and Patrick Hughey, by and through his attorney, Marty Harris, Esquire, and Defendants, Jeffrey Fewell, Chris Cain and David Coddington, by and through its attorney, Sarah Cobbs, Esquire, and file the following Joint Status Report as follows as required by the Court's Order dated August 26, 2026:

1. The parties have agreed upon the terms of the release following their meeting on August 25, 2026.

2. Plaintiff Jeffrey Wertz has executed the release.

3. Plaintiff Patrick Hughey and potential class member Russel Joliffe are currently incarcerated.

4. Plaintiffs require additional time to obtain the signatures of Mr. Patrick Hughey and Mr. Russel Joliffe due to their incarceration.

5. The Parties respectfully request additional time to resolve this matter amicably.

Date: September 8, 2026

Respectfully Submitted,

THOMAS, THOMAS & HAFER LLP

By: /s/ *Sarah E. Cobbs*

Sarah E. Cobbs, Esq. (PA ID No. 318194)
scobbs@tthlaw.com
U.S. Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
(412) 697-7403 - Phone
***Counsel for Defendants***

Joined by:

THE TRIAL LAW FIRM, LLC

By: /s/ *Marty Harris*

Marty Harris, Esq. (PA ID No. 319504)
mh@tlawf.com
Fort Pitt Commons
445 Fort Pitt Boulevard, Suite 220
Pittsburgh, PA 15219
(412) 255-0030 – Phone
***Counsel for Plaintiffs***